Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Nicole E. Lovelock, Esq.
Nevada Bar No. 111887
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Telephone (702) 669-4600
Facsimile (702) 669-4650
preilly@hollandhart.com
nelovelock@hollandhart.com

Puoy K. Premsrirut, Esq.
Nevada State Bar No. 7141
BROWN BROWN & PREMSRIRUT
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
Telephone: 702.384.5563
Facsimile: 702.385.6965
puoy@brownlawlv.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CHARLES KANE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC, a Nevada Limited Liability Company d/b/a/ CRAZY HORSE III GENTLEMAN'S CLUB AT THE PLAYGROUND,<br><br>Defendant. | Case No.: 2:15-cv-00812-LDG-PAL<br><br>**STIPULATION TO EXTEND OPPOSITION AND REPLY DEADLINE**<br><br>**(THIRD REQUEST)** |

Plaintiff and Defendants, by and through their counsel of record, hereby stipulate to extend the deadline of Defendant to reply to Plaintiff's Response to Plaintiff's Motion for Summary Judgment (Dkt. 34) from **June 20, 2016 to July 11, 2016**.

/ / /

/ / /

8884684_1

This request will not prejudice any party and is made without the purpose of delay, but to continue to discuss resolution of the matter. Furthermore, the parties make this stipulation in good faith.

**IT IS SO STIPULATED.**

Dated this 15th of June 2016.

HOLLAND & HART LLP

*/s/ Patrick J. Reilly*

Patrick J. Reilly, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

Puoy K. Premsrirut, Esq.
Brown Brown & Premsrirut
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101

*Attorneys for Defendant*

Dated this 15th of June 2016.

MORRIS SULLIVAN LEMKUL & PITEGOFF

*/s/ Christopher A. Turtzo, Esq.*
Jeffrey I. Pitegoff, Esq.
Christopher A. Turtzo
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101

*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated this 16 day of June 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

8884684_1