**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CHARLES KANE, | 2:15-CV-0812-LDG-PAL |
|     Plaintiff, | ORDER |
| v. | |
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, d/b/a CRAZY HORSE III GENTLEMAN'S CLUB AT THE PLAYGROUND, | |
|     Defendant. | |

Given the ongoing negotiations in this case, and for administrative and statistical purposes,

THE COURT HEREBY ORDERS that defendant's motion for summary judgment (#14) is DENIED without prejudice to its reinstatement by the court upon notice by the parties that they are unable to reach an agreement.

DATED this ⎯ day of September, 2016.

_____
Lloyd D. George
United States District Judge