UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL CHARLES KANE,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC,<br><br>　　　　　　　　Defendant. | Case No. 2:15-cv-00812-LDG-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a proposed discovery plan and scheduling order.

The undersigned conducted a status conference on January 26, 2016. During that hearing, the court ordered the parties to submit a proposed discovery plan and scheduling order no later than 14 days after the motion for summary judgment was decided, to complete any remaining discovery issues. *See* Minutes of Proceedings (ECF No. 33).

On September 29, 2016, the district judge entered an Order (ECF No. 50) denying without prejudice the motion for summary judgment because the parties had filed a Notice of Settlement (ECF No. 45). To date, the parties have neither filed a proposed discovery plan and scheduling order, nor a stipulation to dismiss. Accordingly,

**IT IS ORDERED** that the parties shall have until **January 27, 2017**, to file a stipulation to dismiss or a proposed discovery plan and scheduling order.

DATED this 13th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE